# Exhibit 2

## U.S. Patent No. 10,721,564 v. Best Buy

**Accused Instrumentalities**

Electronic devices including the Galaxy Tab S10 FE, S10, S10 5G, S10 Lite, S10e, S20, S20 5G, S20 FE, S20 FE 5G, S20 Ultra, S20 Ultra 5G, S20+, S21, S21 5G, S21 FE, S21 FE 5G, S21 Ultra, S21 Ultra 5G, S21+, S21+ 5G, S22, S22 Ultra, S22 5G, S22+, S22+ 5G, S23, S23+, S23 5G, S23 Ultra, S24, S24 Ultra, S24+, S25, S25 Ultra, S25+, Note 10, Note 10+, Note 10+ 5G, Note 20, Note 20 Ultra 5G, A52, A52 5G, A53 5G, A54 5G, A55 5G, Z Flip 3, Z Flip 4, Z Flip 5, Z Flip 6, Z Fold 2, Z Fold 3, Z Fold 4, Z Fold 5, and Z Fold 6 models.

**Claim 6**

| Claim 6 | Accused Instrumentalities |
|---|---|
| [6.0] A method for crosstalk processing for an audio signal output by a first speaker and a second speaker, comprising, by processing circuitry: | To the extent the preamble is limiting, each Accused Instrumentality performs a method for crosstalk processing for an audio signal output by a first speaker and a second speaker by processing circuitry. <br><br> For example, the Galaxy Tab S10 FE performs spatial audio processing for audio played through the phone's built-in speakers. The spatial audio processing can be enabled or disabled under the "Sound Quality and Effects" settings menu. When the processing is enabled, the Galaxy Tab S10 FE performs subband crosstalk cancellation with spectral correction, as described below. <br><br> *See* claim limitations below. <br><br> *See also, e.g.*: |

1

| Claim 6 | Accused Instrumentalities |
|---|---|
| |  Photograph of exemplary Galaxy Tab S10 FE, available at https://www.samsung.com/us/tablets/galaxy-tab-s10-fe/buy/galaxy-tab-s10-fe-blue-128gb-sku-sm-x520nlbaxar/ |

2

| Claim 6 | Accused Instrumentalities |
|---|---|
| | **Power to maximize downtime**<br><br>The latest Exynos 1580 chipset fuels what you love with powerful performance, whether you're multitasking in split view or going further than ever before in your favorite game.<br><br>https://www.samsung.com/us/tablets/galaxy-tab-s10-fe/ |
| [6.1] determining one or more speaker parameters for the first speaker and the second speaker, the one or more speaker parameters comprising a listening angle between the first and second speakers; | Each Accused Instrumentality performs a method for crosstalk processing for an audio signal output by a first speaker and a second speaker, comprising, by processing circuitry: determining one or more speaker parameters for the first speaker and the second speaker, the one or more speaker parameters comprising a listening angle between the first and second speakers.<br><br>For example, in the Galaxy Tab S10 FE, the processor determines speaker parameters corresponding to the geometry of the built-in speakers. These parameters are different than the parameters used in Samsung's other devices, reflecting the expected listening angle between the device speakers and the user. For example, the spectral and crosstalk processing parameters of Samsung Galaxy Tab S10 FE are different from those in the Galaxy S25, reflecting the different listening angles created by the two devices' differing sizes.<br><br>*See also, e.g.*: |

3

| Claim 6 | Accused Instrumentalities |
|---|---|
| | <br>Photograph of speakers on Galaxy Tab S10 FE series, available at https://www.samsung.com/us/tablets/galaxy-tab-s10-fe/ |

| Claim 6 | Accused Instrumentalities |
|---|---|
|  |  Photograph of Galaxy Tab S10 FE with user in expected listening position, available at https://www.samsung.com/us/tablets/galaxy-tab-s10-fe/ |

5

| Claim 6 | Accused Instrumentalities |
|---|---|
| [6.2] removing spectral defects of the crosstalk processing applied to the audio signal based on applying a filter to the audio signal, the filter including a configuration determined based on the one or more speaker parameters; and | Each Accused Instrumentality performs a method for crosstalk processing for an audio signal output by a first speaker and a second speaker, comprising, by processing circuitry: removing spectral defects of the crosstalk processing applied to the audio signal based on applying a filter to the audio signal, the filter including a configuration determined based on the one or more speaker parameters.<br><br>For example, in the Galaxy Tab S10 FE, as noted below, the crosstalk processing applies a cross-channel delay of approximately 4 samples when playing at a sample rate of 44.1 kHz, reflecting a determination based on the speaker angle at the expected listening position. This crosstalk processing introduces peaks and troughs in the frequency response of the audio system. The Galaxy Tab S10 FE compensates for those peaks and troughs using one or more filters. |

6

| Claim 6 | Accused Instrumentalities |
|---|---|
| [6.3] applying the crosstalk processing on the audio signal. | Each Accused Instrumentality performs a method for crosstalk processing for an audio signal output by a first speaker and a second speaker, comprising, by processing circuitry: applying the crosstalk processing on the audio signal.<br><br>For example, in the Galaxy S10 FE, when spatial audio processing is enabled and playing at a sample rate of 44.1 kHz, the device performs crosstalk cancellation. Specifically, a portion of the left input signal is filtered, inverted, and played with a four-sample delay through the right speaker, and a portion of the right input signal is filtered, inverted, and played with a four-sample delay through the left speaker. |

7